# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court Southern District of Indiana | |
|---|---|
| Name (under which you were convicted): Claudio Molina | Docket or Case No.: 1:10-cr-0167-SEB-KPF |
| Place of Confinement: FCI Sandstone, Sandstone, MN 55072 | Prisoner No.: 09729-028 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. Claudio Molina | |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: U.S. District Court, Southern District of Indiana, 46 E. Ohio Street Indianapolis, IN 46204

   (b) Criminal docket or case number (if you know): 1:10-cr-0167-SEB-KPF

2. (a) Date of the judgment of conviction (if you know): May 23, 2012

   (b) Date of sentencing: May 21, 2012

3. Length of sentence: 23 years

4. Nature of crime (all counts): 21 U.S.C. §§ 841(a)(1), 846; 18 U.S.C. § 924(c) Possession with intent to distribute and conspiracy to do the same of 50 grams or more of methamphetamine and use of a firearm in the commission of a drug crime.

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? N/A

6. If you went to trial, what kind of trial did you have? (Check one) N/A  Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☐     No ☒
8. Did you appeal from the judgment of conviction?     Yes ☐     No ☒
9. If you did appeal, answer the following:
   (a) Name of court: N/A
   (b) Docket or case number (if you know): N/A
   (c) Result: N/A
   (d) Date of result (if you know): N/A
   (e) Citation to the case (if you know): N/A
   (f) Grounds raised: N/A

   (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐     No ☒
       If "Yes," answer the following:
       (1) Docket or case number (if you know): N/A
       (2) Result: N/A
       (3) Date of result (if you know): N/A
       (4) Citation to the case (if you know): N/A
       (5) Grounds raised: N/A

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☒
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: N/A
        (2) Docket or case number (if you know): N/A
        (3) Date of filing (if you know): N/A

(4) Nature of the proceeding: ___N/A___
(5) Grounds raised: ___N/A___

_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐   N/A
(7) Result: ___N/A___
(8) Date of result (if you know): ___N/A___

(b) If you filed any second motion, petition, or application, give the same information:
   (1) Name of court: ___N/A___
   (2) Docket or case number (if you know): ___N/A___
   (3) Date of filing (if you know): ___N/A___
   (4) Nature of the proceeding: ___N/A___
   (5) Grounds raised: ___N/A___

_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐   N/A
(7) Result: ___N/A___
(8) Date of result (if you know): ___N/A___

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
   (1) First petition:   Yes ☐   No ☐   N/A
   (2) Second petition:   Yes ☐   No ☐   N/A

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____N/A_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** The "waiver" of appellate and collateral attack rights was procured through counsel's constitutionally ineffective negotiations.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): When counsel came to me with the plea agreement I asked him for an interpreter so that I can better understand what he was reading to me from the plea agreement. Counsel never provided me with an interpreter and said that it was not necessary because he felt that I understood him good enough. Counsel said that I had to sign this plea agreement because otherwise I would have to go to trial. Counsel never explained to me that by singing the plea agreement that I would not be able to appeal my sentence if I thought it was too much time. Counsel never explained to me what I was forfeiting, specifically, by signing the plea agreement.

**SEE ATTACHED MEMORANDUM OF LAW**

(b) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☐   N/A

   (2) If you did not raise this issue in your direct appeal, explain why: Issues of ineffective assistance of counsel are properly raised on § 2255 motions.

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐   No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____N/A_____

   Name and location of the court where the motion or petition was filed: _____N/A_____

Docket or case number (if you know): _____N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): _____N/A_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐     N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐     N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐     N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____N/A_____

Docket or case number (if you know): _____N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): _____N/A_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____N/A_____

**GROUND TWO:** Counsel's ineffectiveness during the plea process rendered the plea not knowing and voluntary.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel failed to investigate the relevant case law that applies to the parallel facts of this case, before advising me to accept the government's plea agreement. Counsel never informed me that there are many cases where defendants had the same drug quantities, with worse criminal history and received a lower sentence that the proposed plea agreement. Counsel never informed me that I could enter an "open plea" to the indictment and argue for the mandatory minimum sentence based on the facts of this case being equivalent to cases that received such.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☐   N/A

(2) If you did not raise this issue in your direct appeal, explain why: <u>Ineffective assistance of counsel claims are properly raised on § 2255 motions.</u>

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: ___ N/A ___

Docket or case number (if you know): ___ N/A ___

Date of the court's decision: ___ N/A ___

Result (attach a copy of the court's opinion or order, if available): ___ N/A ___

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐   N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐   N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐   N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ___ N/A ___

Docket or case number (if you know): ___ N/A ___

Date of the court's decision: ___ N/A ___

Result (attach a copy of the court's opinion or order, if available): ___ N/A ___

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____N/A_____

**GROUND THREE:** Counsel rendered ineffective assistance when he advised me to plead guilty to the § 924(c) charge

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): I told counsel and the U.S. Probation Department that the two guns that they were charging me with were never involved in any way in the drug transactions or any drug involvement whatsoever. I told counsel that the guns were only in the closet out of reach of the children to protect my home should any intruder try to invade my home. The guns were **NOT LOADED** and were always kept in an area away from any of the drug transactions. Counsel told me that it did not matter because as long as the guns were in the house that they would be considered as part of the drug transaction. Counsel never told me that there are cases with circumstances like these where the § 924(c) charge did not apply.       SEE ATTACHED MEMORANDUM OF LAW

(b) Direct Appeal of Ground Three:

   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☐      N/A

   (2) If you did not raise this issue in your direct appeal, explain why: Ineffective Assistance of counsel issues are properly raised on § 2255 motions

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____N/A_____
   Name and location of the court where the motion or petition was filed: __N/A__
   Docket or case number (if you know): _____N/A_____
   Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☐   N/A

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☐   N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐   No ☐   N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __N/A__

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑  No ❑

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑  No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑  No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑  No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑  No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: None of the Grounds raised here have ever been raised in any Court. The Grounds raised herein are all claims of ineffective assistance of counsel and are properly raised in a § 2255 motion.

14. Do you have any motion, petition, or appeal **now pending** (filed and not decided yet) in any court for the judgment you are challenging?  Yes ☐  No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ____N/A____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: William H. Dazey, 141 E. Washington Street, Suite 200, Indianapolis, IN 46204
(b) At arraignment and plea: Esperanza R. Alonzo, 4624 North Franklin Road Indianapolis, IN 46226
(c) At trial: N/A
(d) At sentencing: Nicholas Huang & RAe Feller, 155 E. Market Street, Suite 450 Indianapolis, IN 46204

(e) On appeal: _____N/A_____

(f) In any post-conviction proceeding: _____N/A_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____
_____N/A_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____N/A_____

    (b) Give the date the other sentence was imposed: _____N/A_____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐  No ☒   N/A

18. **TIMELINESS OF MOTION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* ~~Judgment became final on~~ **May 23, 2012** which makes this filing timely in accordance with AEDPA.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
(1) the date on which the judgment of conviction became final;
(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: <u>Vacate judgment and allow me plea anew or fashion a remedy that is fair and just based on counsel's constitutional violation.</u>
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ April 16, 2013 _____ (month, date, year).

Executed (signed) on 4/16/13 (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____
_____
_____

* * * * *